# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### Record for Certiorari
### Transmittal Form

Gino J. Agnello
    Clerk

Case No. 03-3804        Supreme Court No. 04-6023

Hamilton, Christophe v. USA



**FILED**

JAN 18 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Appeal from the United States District Court for the
Central District of Illinois
No. 03 C 2113, Harold A. Baker, Judge

    Pursuant to a request from the Supreme Court of the United
States dated 1/10/05, I, GINO J. AGNELLO, Clerk of the United
States Court of Appeals for the Seventh Circuit, do hereby certify
that the foregoing contains a true copy of:
    [X] public docket sheet
    [X] Brief(Pro Se motion for Issuance of Certificate of
        Appealability).
    [ ] Circuit Rule 28(j) Supplemental Authority(s)
    [X] final order/opinion/judgment
    [X] petition(s) for rehearing enbanc
    [X] answer(s) to petition(s) for rehearing
    [X] order(s) denying rehearing

    There was no original record on appeal filed with this court
upon issuance of this Court's mandate. This Court, by copy of
this document, requests the District Court to transmit their
record directly to the Supreme Court.

        IN TESTIMONY WHEREOF I hereunto subscribe
        my name and affix the seal of said
        United States Court of Appeals for the
        Seventh Circuit,
        this 13th day of January, 2005

        _____ Deputy
        Clerk of the United States Court of Appeals
        for the Seventh Circuit

cc:    John M. Waters

(1148-022493)

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

January 5, 2005

Clerk
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL  60604

Re:  No. 04-6023   Christopher Hamilton v. United States
     (Your No. 03-3804)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>.  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number.  It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

If you have any questions please contact me.  Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

William K. Suter, Clerk

by
Lynn Holtz
Conference Clerk
(202) 479-3014

U.S.C.A. – 7th Circuit
FILED
JAN 10 2005   JR
GINO J. AGNELLO
CLERK

cc:  Counsel of Record