E-FILED
Wednesday, 19 January, 2005  09:48:46 AM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

### Central District of Illinois

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 19, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: CHRISTOPHER HAMILTON v. USA
        D. C. Docket No. 03-2113
        U. S. C. A. Docket No. 03-3804
        U. S. S.C. Docket No. 04-6023

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    ONE  Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,
        s/JOHN M. WATERS, CLERK
        JOHN M. WATERS, CLERK

        BY:   s/K. Wynn
             Deputy Clerk