E-FILED
Tuesday, 01 February, 2005 02:24:24 PM
Clerk, U.S. District Court, ILCD

In THE
United States District Court For The
Central District of Illinois,
Urbana Division

Christopher Hamilton    No. 03 C 2113
Petitioner,             No. 03-3804
                        No. 04-6023

v.

United States of America,

**FILED**
FEB 01 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Motion To Transfer Records
Pursuant To The Supreme Court
OF United States Rule 12.7, For
Christopher Hamilton / Petitioner

Comes now Christopher Hamilton (hereinafter) moves this Honorable Court for The Central District of Illinois, Urbana Division to send a copy and/or original Records to the Supreme Court of the United States certified and transmitted immediately including all exhibits, lodging, and briefs that have been filed. All cassettes, disks, tapes and any article of a similiar material must in accordance with the Supreme Courts letter/Order be sent via commerial carrier, not via the United States mail. Furthermore, please contact the Supreme Court of United States Clerk William L. Suter or Conference Clerk Lynn Holtz at (202)479-3014. Thanking you in advance for your time in this Matter.

Dated 1.27.2005                    Christopher Hamilton