E-FILED
Friday, 04 February, 2005  03:27:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTOPHER HAMILTON, | ) | |
| | ) | |
| Petitioner, | ) | 03-2113 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On February 1, 2005, the petitioner, Christopher Hamilton, filed a motion to transfer records pursuant to the Supreme Court of the United States Rule 12.7 [#25]. He asks the court to certify and transmit "all exhibits, lodging and briefs that have been filed."

The Clerk of the United States Supreme Court designates the material needed to review a petition. Sup. Ct. R. 12.7 ("The clerk of the court having possession of the record shall keep it until notified by the Clerk of this Court to certify and transmit it."). On January 19, 2005, this court certified and transmitted Hamilton's record on appeal. The Clerk of the Supreme Court has not made any further requests for documents, exhibits, or other material. Any further material will be certified and transmitted only upon request of the Clerk of the Supreme Court.

Since the clerk of this court has certified and transmitted the record on appeal, and the Clerk of the Supreme Court has requested nothing further from this court, Hamilton's motion to transfer records pursuant to the Supreme Court of the United States Rule 12.7 [#25] is denied.

Entered this 4th day of February, 2005.

s\**Harold A. Baker**

_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE