04-6023

E-FILED
Tuesday, 08 February, 2005 01:18:05 PM
 Clerk, U.S. District Court, ILCD
E-FILED
Wednesday, 19 January, 2005 09:48:48 AM
 Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

January 19, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: CHRISTOPHER HAMILTON v. USA
D. C. Docket No. 03-2113
U. S. C. A. Docket No. 03-3804
U. S. S.C. Docket No. 04-6023



FILED
FEB 08 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

ONE  Volumes of Pleadings

Volumes of Transcript

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,
s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

BY:  s/K. Wynn
     Deputy Clerk

RECEIVED
JAN 2 5 2005
OFFICE OF THE CLERK
SUPREME COURT, U.S.

2/1/05